# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3938
_____

NUKARRI WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

February 22, 2024


PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel W. Ripley of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.